IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02660-MSK-MEH

ATHENA NICK,

    Plaintiff,

v.

INTECON, LLC,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2012.**

    The Stipulated Motion for Entry of Protective Order [filed February 10, 2012; docket #15] is **granted**. The proposed Protective Order is accepted and issued contemporaneously with this minute order.